PEOPLE v. ANDERSON.

CRIMINAL LAW — INTOXICATING LIQUORS — THAT NO CASE WAS
MADE MAY NOT BE FIRST RAISED ON MOTION TO SET ASIDE
VERDICT.

> Where the question that no case of illegal possession of
> intoxicating liquors was in fact made against defendant
> was not raised during the trial, it may not be raised by
> motion to set aside the verdict and to arrest the judgment.[1]

Exceptions before judgment from Newaygo; Barton
(Joseph), J.      Submitted April 15, 1926.      (Docket
No. 152.)      Decided June 7, 1926.

Louis Anderson was convicted of violating the liquor
law.      Affirmed.

*Roman F. Glocheski,* for appellant.

CLARK, J.      Defendant's exceptions challenge his con-
viction of having possessed intoxicating liquor unlaw-
fully on the ground that no case of possession, in fact,
was made against him.      The point was not raised
during the trial by motion, request, or otherwise.      It
is attempted after verdict by motion to set aside verdict
and to arrest judgment.      It may not be so raised.
*Tishhouse* v. *Schoenberg,* 234 Mich. 271; 34 C. J. p.
39.      A consideration of the merits would not change
the result.

Affirmed, and remanded for judgment.

BIRD, C. J., and SHARPE, SNOW, STEERE, FELLOWS,
WIEST, and McDONALD, JJ., concurred.

---

[1]Criminal Law, 17 C. J. § 3331.